UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE CASTEL

ELITE PERFORMANCE FUND, LTD. AND
DISTRESS / HIGH-YIELD TRADING
OPPORTUNITIES FUND,

Plaintiff,

-v-

VITEOS FUND SERVICES, LTD,

Defendant.

08 CV 2041

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

___PLAINTIFFS___ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

FEB 29 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Date: 2/29/08

Signature of Attorney

Attorney Bar Code: JS 2499

Form Rule7_1.pdf  SDNY Web 10/2007