UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK      Attorney: KURZMAN, KARELSEN & FRANK, LLP.

---

ELITE PERFORMANCE FUND LTD., ETANO

                                            Plaintiff(s)

             - against -

VITEOS FUND SERVICES, LTD

                                            Defendant(s)

Index # 08 CV 2041 (CASTEL)

Purchased February 29, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 6, 2008 at 03:25 PM at

2 WORLD FAIR DR., SUITE 201
SOMERSET, NJ

deponent served the within SUMMONS AND COMPLAINT, JUDGE'S INDIVIDUAL RULES, INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES AND GUIDELINES * on VITEOS FUND SERVICES, LTD therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to ARUNA ACHARYA personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, JUDGE'S INDIVIDUAL RULES, INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES AND GUIDELINES * as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 36 | 5'5 | 160 |

* FOR ELECTRONIC CASE FILING

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 11, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

DAN KNIGHT

Invoice #: 458070

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728