AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 08 CV 2041

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Viteos Fund Services, Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/14/2008 | |
| Date | Signature |
| | Joseph L. Francoeur — JF 8874 |
| | Print Name — Bar Number |
| | 150 E. 42nd St. |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 490-3000 — (212) 490-3038 |
| | Phone Number — Fax Number |