AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 08 CV 2041

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Viteos Fund Services, Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/14/2008 | *[signature]* |
| Date | Signature |

David S. Sheiffer — DS 4198
Print Name — Bar Number

150 E. 42ne Street
Address

New York — NY — 10017
City — State — Zip Code

(212) 490-3000 — (212) 490-3038
Phone Number — Fax Number