AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ELITE PERFORMANCE FUND, LTD. and
DISTRESSED/HIGH-YIELD TRADING
OPPORTUNITIES FUND,
                Plaintiffs,

    against

VITEOS FUND SERVICES, LTD.

             Defendant.

**APPEARANCE**

Case Number: 08-CV-2041(PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ELITE PERFORMANCE FUND, LTD., and
DISTRESSED/HIGH-YIELD TRADING
OPPORTUNITIES FUND,
                Plaintiffs

I certify that I am admitted to practice in this court.

| 3/5/2008 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | Jay Shapiro | JS2499 |
| | Print Name | Bar Number |

Katten Muchin Rosenman LLP, 575 Madison Avenue
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 940-8800 | (212) 940-8776 |
|---|---|
| Phone Number | Fax Number |