# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

April 10, 2008

**VIA OVERNIGHT MAIL**

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



RECEIVED APR 11 2008 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.

Re:  Elite Performance Fund Ltd. and Distressed / High-Yield Opportunities
Fund v. Viteos Fund Services, Ltd.
Civil Action No.  :  08 CV 2041

Dear Judge Castel:

We represent Viteos Fund Services, Ltd. in the captioned matter. We write with the consent of plaintiff's counsel for an extension of Viteos' time to respond to the complaint through and including May 12, 2008. This is our second request for an extension of time.

The parties have agreed to meet on April 14, 2008, to discuss a possible resolution of this matter. Plaintiff has graciously agreed to extend the time for Viteos to respond in order to facilitate this meeting and a possible resolution.

In light of the foregoing, we respectfully request that the Court grant this extension. We greatly appreciate the Court's attention to this matter, and should there be any questions or concerns please do not hesitate to call.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

David S. Sheiffer (DS 4198)

*Application granted.*

SO ORDERED:

_____
P. Kevin Castel, U.S.D.J.

3191183.1

*Although the application is silent on the subject, I assume the parties seek an adjournment of the answer date scheduled before me on a Friday night, April 25 to April 25, 4:30 pm to be 11:30 pm. Conference adjourned May 30, 2008. SO ORDERED USDJ 4-11-08*

File No. TBA:
Page 2

Cc:

KATTEN MUCHIN ROSENMAN LLP
Attorney for Plaintiff
575 Madison Avenue
New York, New York 10022
(212) 940-8800

Attn:   Jay Shapiro, Esq. (JS 2499)
        Catherine G. Patsos, Esq. (CP 5545)


KURZMAN KARELSEN & FRANK, LLP
Attorneys for Plaintiff
230 Park Avenue
New York, New York 10169
(212) 867-9500

Attn:   Joseph Tucker, Esq. (JT2006)


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorney for Defendant
150 E. 42nd St.
New York, NY 10017
(212) 490-3000

Attn:   Joseph L. Francoeur, Esq. (JF 8874)


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3191183.1